```
1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTOPHER D. BAKER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4-401
   Fresno, California  93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
6  Attorneys for Plaintiff
   United States of America
7
```



FILED
DEC 19 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13 CR 00438 AWI BAM |
| Plaintiff, | MOTION AND [PROPOSED] ORDER TO SEAL INDICTMENT |
| v. | |
| MINERVA SANCHEZ, | |
| Defendant. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury December 19, 2013, charging the above defendant with a violation of 18 U.S.C. § 1349-Conspiracy to Commit Brank Fraud; and a criminal forfeiture count be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrant

Motion and Order to Seal

issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: December 19, 2013        Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By  *[signature]*
CHRISTOPHER D. BAKER
Assistant U.S. Attorney


IT IS SO ORDERED.

DATED:   December 19, 2013        *[signature]*
U.S. MAGISTRATE JUDGE

Motion and Order to Seal