# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

SEP 22 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America** ) | |
| **vs.** ) | **Case No.** |
| **Minerva Sanchez** ) | **1:13-CR-438-AWI-BAM-1** |
| ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Minerva Sanchez___ , have discussed with _____Jacob M. Scott_____ , Supervising Pretrial Officer, adding the following condition(s):

**You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer. All other previously ordered conditions of release, not in conflict with this order, shall remain in full force and effect.**

I consent to this modification of my release conditions and agree to abide by this modification.

_____      _____        _____      _____
Signature of Defendant              Date                   Pretrial Services Officer            Date
Minerva Sanchez                                            Jacob M. Scott

I have reviewed the conditions and concur that this modification is appropriate.

_____        _____
Signature of Assistant United States Attorney           Date
Christopher Baker

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____        _____
Signature of Defense Counsel                            Date
Shawn R. Parr

## ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on ___9/22/14___ .

☐ The above modification of conditions of release is *not* ordered.

_____        _____
Signature of Judicial Officer                           Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services