BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

**FILED**

FEB 17 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:13-CR-00438-AWI-BAM |
| Plaintiff, | ORDER FOR FORFEITURE MONEY JUDGMENT |
| v. | |
| MINERVA SANCHEZ, | |
| Defendant. | |

Based upon the United States' Application for Forfeiture Money Judgment and the entry of a guilty plea as to defendant Minerva Sanchez,

IT IS HEREBY ORDERED that

1. Defendant Minerva Sanchez shall forfeit to the United States $ 421,372.18 and the Court imposes a personal forfeiture money judgment against the defendant in that amount.

2. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the United States Marshals Service, in its secure custody and control.

1 | 3. This Order of Forfeiture shall become final as to the
2 | defendant at the time of sentencing and shall be made part of the
3 | sentence and included in the judgment.
4 | 4. In accordance with Rule 32.2(b)(3), the United States, in
5 | its discretion, shall be allowed to conduct discovery, including but
6 | not limited to serving Interrogatories, Requests for Admissions,
7 | Requests for Production of Documents, the taking of depositions, and
8 | the issuance of subpoenas, in order to identify, locate or dispose of
9 | property to satisfy the money judgment.
10 | 5. The United States may, at any time, move pursuant to Rule
11 | 32.2(e) to amend this Order of Forfeiture to substitute property
12 | having a value not to exceed $ 421,372.18 to satisfy the
13 | money judgment in whole or in part.

IT IS SO ORDERED.
Dated: 2-17-11

Honorable ANTHONY W. ISHII
Senior United States District Judge